

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-73,078-03

### EX PARTE JAKE ANTHONY ENGLISH, JR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 24CR4011-83-1 IN THE 405TH DISTRICT COURT
### GALVESTON COUNTY

*Per curiam*.

## O P I N I O N

Applicant pleaded guilty to false statement property/credit and was sentenced to four years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

This plea was part of a package deal with the cause that was the subject of Applicant's second habeas application. This Court granted relief in that cause based on an involuntary plea. *Ex parte English*, WR-73,078-02 (Tex. Crim. App. July 30, 2025)(not designated for publication). Because this plea was intertwined and part of a package deal with the conviction that was overturned, Applicant is also entitled to have this plea overturned so that all parties can be returned to their original positions for all applicable charges. *Ex parte Cox*, 482 S.W.3d 112, 117 (Tex. Crim.

App. 2016).

Relief is granted. *Rawlings v. State,* 602 S.W.2d 268 (Tex. Crim. App. 1980). The judgment in cause number 24-CR-4011 in the 405th District Court of Galveston County is set aside, and Applicant is remanded to the custody of the Sheriff of Galveston County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 17, 2025
Do not publish